# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA MARIE DANIELS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. K. JOHNSON, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01160-LJO-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO STATE A CLAIM, FAILURE TO COMPLY WITH A COURT ORDER, AND FAILURE TO PROSECUTE<br><br>(ECF No. 11)<br><br>**TWENTY-DAY DEADLINE** |

Plaintiff Sonya Marie Daniels, a state prisoner, is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 7, 2016, the undersigned screened Plaintiff's complaint pursuant to 28 U.S.C §§ 1915A(a) and 1915(e)(2)(B), and found that it violated Rules 8, 18, and 20 and failed to state a claim for relief. (ECF No. 11.) Plaintiff was granted leave to file an amended complaint to cure the deficiencies identified in that order within thirty (30) days. (Id. at 10-11.)

That deadline has passed, and Plaintiff has not filed any amended complaint, or otherwise communicated with the Court. As a result, there is no pleading on file which sets forth any claims upon which relief may be granted.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall, within **twenty (20) days** of the date of this order:

    a. show cause in writing as to why this action should not be dismissed;

    b. file a voluntary dismissal; or

    c. file an amended complaint; and

2. Plaintiff is warned that the failure to comply with this order will result in dismissal of this action for the failure to state a claim for relief, the failure to comply with a court order, and the failure to prosecute;

3. <u>No extensions of time will be granted to file an amended complaint or response to this order absent a showing of good cause</u>.

IT IS SO ORDERED.

Dated:  **December 17, 2018**

UNITED STATES MAGISTRATE JUDGE